# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAIN CROWDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT W. FOX, et al.,<br><br>　　　　Defendants. | No. 2:17-CV-1657-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 15) to file a first amended complaint. Good cause appearing therefor, the request is granted. Plaintiff shall file a first amended complaint within 30 days of the date of this order and is cautioned that failure to comply may result in dismissal of the entire action. See Local Rule 110.

　　　　IT IS SO ORDERED.

Dated: December 6, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1