1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  KELLY A. SAMSON, State Bar No. 266927
   Deputy Attorney General
4  JANET N. CHEN, State Bar No. 283233
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 210-7317
7   Fax: (916) 324-5205
    E-mail: Kelly.Samson@doj.ca.gov
8  *Attorneys for Defendants Diaz, Fox, Tileston
   Hopper, Hadrava, Cherniss, Santos, Gibbs,
9  Farmer, and Ebert*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CANDICE CROWDER (aka Tristain Crowder),**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT W. FOX, et al.,**<br><br>Defendants. | 2:17-cv-01657 DMC<br><br>**STIPULATION TO EXTEND THE RESPONSIVE PLEADING DEADLINE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

STIPULATION TO EXTEND THE RESPONSIVE PLEADING DEADLINE (2:17-cv-01657 DMC)

The parties have stipulated to extend Defendants' responsive pleading deadline by an additional forty-five days. Defendants shall have until May 10, 2019 to respond to Plaintiff's First Amended Complaint.

**IT IS SO STIPULATED.**

Dated: March 19, 2019

*/s/ Kelly A. Samson*
Kelly A. Samson
Deputy Attorney General
*Attorneys for Defendants Diaz, Fox, Tileston, Hopper, Hadrava, Cherniss, Santos, Gibbs, Farmer, and Ebert*

Dated: March 18, 2019

*/s/ Kevin Hubbard*
Kevin Hubbard
Medina Orthwein LLP
*Attorneys for Plaintiff Crowder*

**IT IS SO ORDERED.**

Dated: March 21, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE