# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAIN CROWDER,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT W. FOX, et al.,<br><br>  Defendants. | No. 2:17-CV-1657-TLN-DMC<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are defendants' motions to dismiss and for misjoinder (ECF No. 27 and 28). On the court's own motion, the scheduling conference set for July 10, 2019, before the undersigned in Redding, California is vacated pending resolution of defendants' motions.

  IT IS SO ORDERED.

Dated: May 24, 2019

  DENNIS M. COTA
  UNITED STATES MAGISTRATE JUDGE

1