1    XAVIER BECERRA, State Bar No. 118517
     Attorney General of California
2    CHRISTOPHER J. BECKER, State Bar No. 230529
     Supervising Deputy Attorney General
3    KELLY A. SAMSON, State Bar No. 266927
     Deputy Attorney General
4    JANET N. CHEN, State Bar No. 283233
     Deputy Attorney General
5      1300 I Street, Suite 125
     P.O. Box 944255
6      Sacramento, CA 94244-2550
     Telephone: (916) 210-7317
7      Fax: (916) 324-5205
     E-mail: Kelly.Samson@doj.ca.gov
8    *Attorneys for Defendants*
     *Farmer, Cherniss, Ebert, Santos, Fox, Gibbs, Diaz,*
9    *Tileston, Hopper, Hadrava, Shaw, and Reynoso*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CANDICE LOVE (f/k/a Candice Crowder),** | Case No.: 2:17-cv-01657 TLN DMC (PC) |
| Plaintiff, | **STIPULATION TO STAY PROCEEDINGS** |
| v.[1] | |
| **ROBERT W. FOX, et al.,** | Judge:      The Hon. Dennis M. Cota |
| Defendants. | Trial Date:    None set |
| | Action Filed:   August 7, 2017 |

       The parties have agreed to mediation and have stipulated to stay proceedings pending the

outcome of the mediation. Defendants' responsive pleading to Plaintiff's Second Amended

Complaint is currently due on January 22, 2020. If the case does not resolve at the mediation, the

---

[1]On September 30, 2019, a Solano County Superior Court judge granted Candice Destiny-Rene Love's (f/k/a Candice Crowder and Tristain Deonte Crowder) petition for a name change and recognized her gender as female.

1

parties have stipulated to extend the deadline for Defendants to file a responsive pleading until three weeks after the attendance of the mediation.

**IT IS SO STIPULATED.**

Dated: January 21, 2020
_/s/ Kelly A. Samson_

Kelly A. Samson
Deputy Attorney General
_Attorney for Defendants_
_Farmer, Cherniss, Ebert, Santos, Fox,_
_Gibbs, Diaz, Tileston, Hopper, Hadrava,_
_Shaw, and Reynoso_

Dated: January 17, 2020
_/s/ Kevin Hubbard_

Kevin Hubbard
Medina Orthwein LLP
_Attorney for Plaintiff_

**IT IS SO ORDERED.**

Dated: January 29, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO STAY PROCEEDINGS (2:17-cv-01657 TLN DMC (PC))