1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  KELLY A. SAMSON, State Bar No. 266927
   Deputy Attorney General
4  JANET N. CHEN, State Bar No. 283233
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 210-7317
7   Fax: (916) 324-5205
    E-mail: Kelly.Samson@doj.ca.gov
8  *Attorneys for Defendants*
   *Farmer, Cherniss, Ebert, Santos, Fox, Gibbs, Diaz,*
9  *Tileston, Hopper, Hadrava, Shaw, and Reynoso*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CANDICE CROWDER (aka Tristain Crowder),**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT W. FOX, et al.,**<br><br>Defendants. | Case No.: 2:17-cv-01657 TLN DMC (PC)<br><br>**STIPULATION TO EXTEND STAY OF PROCEEDINGS**<br><br>Judge:  The Hon. Dennis M. Cota<br>Trial Date:  None set<br>Action Filed:  August 7, 2017 |

The parties attended mediation on April 16, 2020, and reached an agreement to settle this case. Plaintiff requested, and Defendants agreed, to hold off on filing the stipulation for dismissal until after payment of the settlement amount is made. Accordingly, the parties have agreed to stipulate to extend the current stay of proceedings pending payment of the settlement amount.

///

///

1

1 | Defendants will file the stipulation for dismissal after payment is made.

2 | **IT IS SO STIPULATED.**

Dated:  April 21, 2020  */s/ Janet N. Chen*
Janet N. Chen
Deputy Attorney General
*Attorney for Defendants
Farmer, Cherniss, Ebert, Santos, Fox,
Gibbs, Diaz, Tileston, Hopper, Hadrava,
Shaw, and Reynoso*

Dated:  April 20, 2020  */s/ Jennifer Orthwein* (as authorized on 4/20/20)
Jennifer Orthwein
Medina Orthwein LLP
*Attorney for Plaintiff Crowder*

In light of the parties' stipulation, outlined above, the stay of proceedings in this matter is extended to July 1, 2020.

**IT IS SO ORDERED.**

Dated:  April 23, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE