XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JOSEPH R. WHEELER, State Bar No. 216721
Supervising Deputy Attorney General
JANET N. CHEN, State Bar No. 283233
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7317
 Fax: (916) 324-5205
 E-mail: Janet.Chen@doj.ca.gov
*Attorneys for Defendants*
*Farmer, Cherniss, Ebert, Santos, Fox, Gibbs, Diaz,*
*Tileston, Hopper, Hadrava, Shaw, and Reynoso*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CANDICE CROWDER (aka Tristain Crowder),**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT W. FOX, et al.,**<br><br>Defendants. | Case No.: 2:17-cv-01657 TLN DMC (PC)<br><br>**SECOND STIPULATION TO EXTEND STAY OF PROCEEDINGS**<br><br>Judge:  The Hon. Dennis M. Cota<br>Trial Date:  None set<br>Action Filed:  August 7, 2017 |

   The parties reached an agreement to settle this case on April 16, 2020, and further agreed to hold off on filing the stipulation for dismissal pending payment of the settlement. Accordingly, the parties stipulated to extend the stay in this case, and the stay of proceedings in this matter was extended until July 1, 2020. (ECF Nos. 50, 51.)

   As of the date of this filing, payment of the settlement amount has not yet been made. Under the settlement agreement, payment can take up to 180 days. Accordingly, the parties

/ / /

hereby agree to stipulate to further extend the stay of proceedings in this case until October 1, 2020. Defendants will file the stipulation for dismissal after payment is made.

**IT IS SO STIPULATED.**

Dated: July 2, 2020                             */s/ Janet N. Chen*
                                                Janet N. Chen
                                                Deputy Attorney General
                                                *Attorney for Defendants*
                                                *Farmer, Cherniss, Ebert, Santos, Fox,*
                                                *Gibbs, Diaz, Tileston, Hopper, Hadrava,*
                                                *Shaw, and Reynoso*

Dated: July 2, 2020                             */s/ Felicia Medina* **(as authorized on 7/2/20)**
                                                Felicia Medina
                                                Medina Orthwein LLP
                                                *Attorney for Plaintiff Crowder*

**IT IS SO ORDERED.**

In light of the parties' stipulation, outlined above, the stay of proceedings in this matter is extended to October 1, 2020.

Dated: July 13, 2020

                                                _____
                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE